# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146763(59)

HEATHER LYNN HANNAY,

   Plaintiff-Appellee,      SC: 146763

v                COA: 307616

                Court of Claims: 09-000116-MZ

DEPARTMENT OF TRANSPORTATION,

     Defendant-Appellant.

_____/

On order of the Chief Justice, the motion of the Michigan Municipal Risk Management Authority to file an amicus curiae brief in this matter is GRANTED. The amicus brief must be filed within 21 days after the brief of plaintiff-appellee is filed or the time for doing so has expired. MCR 7.306(D)(1).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    November 27, 2013     

                  Clerk